Opinion issued February 13, 2025



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-01011-CR

———————————

## IN RE THE STATE OF TEXAS, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, the State of Texas, has filed a motion to dismiss its petition for writ of mandamus as moot because the trial court subsequently withdrew the challenged order early-terminating real party in interest's deferred adjudication community

supervision.[1] Real party in interest has filed a letter agreeing with the motion. We grant the motion and dismiss this original proceeding.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Morgan.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[1] The underlying case is *State of Texas v. Oscar Ismael Perez*, cause number 1516897, pending in the 263rd District Court of Harris County, Texas, the Honorable Melissa Morris presiding.